NO. 1941546

| BOBBY SIMMONS | § | IN THE COURT OF |
|---|---|---|
| V. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS |

### PRO SE MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this Cause and in support thereof would show to the Court the following:

1. The style and number of this case in the Court of Appeals, is BOBBY SIMMONS V. THE STATE OF TEXAS; Appeal No. 05-14-00241-CR, 05-14-00240-CR.

2. The style and number of the case in the trial court is: THE STATE OF TEXAS V. BOBBY SIMMONS; Cause No. F12-523070-W, F12-52371-W; from the 363rd District Court of Dallas County, Texas.

3. The Appellant was convicted of the felony offenses of possession with intent to deliver cocaine, and unlawful possession of a firearm by a felon.

4. The conviction was affirmed in the Court of Appeals on 12-18-2014.

5. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is 1-17-2015.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 22 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

1

6. An extension of time for a period of sixty(60) days is requested that would make the date 3-17-2015.

7. No prior request for an extension of time has been made.

8. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant was represented by court appointed counsel during the appeals of this case to the Court of Appeals. After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review. Therefore, additional time is needed for the Appellant to either prepare and file the Petition pro se or to seek legal assistance in filing the petition.

**WHEREFORE, PREMISES CONSIDERED,** THE Appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary review in this Cause to 3-17-2015.

Respectfully submitted,

*Bobby Simmons*

Bobby Simmons#1941546
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

## CERTIFICATE OF SERVICE

The Appellant hereby certifies that a copy of the foregoing Motion has been mailed to the Office of the Criminal District Attorney for Dallas County, Frank Crowley Courts Building,133 N. Riverfront Blvd.,LB-19, Dallas, Texas 75207-4399, on this 12 day of January, 2015.

*Bobby Simmons*

Bobby Simmons

2